```
           IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF TEXAS
                    FORT WORTH DIVISION
```

```
ERIKA NELSON                    §
                                §
VS.                             §    ACTION NO. 4:13-CV-049-Y
                                §
LVNV FUNDING, LLC               §
```

## ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AND SETTING DEADLINE FOR PAYMENT OF FILING FEE

On January 24, 2013, the United States magistrate judge issued his findings, conclusions, and recommendation in this case, recommending that Plaintiff's motion to proceed in forma pauperis be denied. The magistrate judge gave the parties until February 13, 2013, to file written objections to his decision. As of the date of this order, no objections have been received.

It is, therefore, ORDERED that the decision of the magistrate judge is hereby ADOPTED as the decision of this Court. As a result, Plaintiff's Motion for Leave to Proceed In Forma Pauperis (doc. 3) is DENIED. If Plaintiff desires to pursue her claims in this cause, she shall pay the full filing fee to the clerk of this Court no later than **February 27, 2013**, or her claims will be dismissed without prejudice to their refiling.

SIGNED February 15, 2013.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE